Ashburn BYWATERS, Carl Lancaster, Betty L. Hohenberger, Orman Roderick, June Roderick, and Nan O. Beeler, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Cross Appellant.

Nos. 2011–1032, 2011–1033.

United States Court of Appeals,
Federal Circuit.

Feb. 15, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

A–HARMONY NV, LLC, and THOMAS HARMON, Plaintiffs–Appellants,

v.

WM ORGANIC GROWTH, INC., and WASTE MANAGEMENT, INC., Defendants–Appellees.

No. 2011–1064.

United States Court of Appeals,
Federal Circuit.

Feb. 23, 2011.

ON MOTION

*ORDER*

Upon consideration of the parties' "Dismissal Agreement," which the court treats as a joint motion to voluntarily dismiss this appeal from *A–Harmony NV, LLC v. WM Organic Growth, Inc.*, case no. 4:10–CV–00994, (S.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.